1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11    NANCY BESENTY,                          )    Case No. 2:16-cv-02864-SVW-JC
                                              )
12                      Petitioner,           )
                                              )
13          v.                                )    ORDER ACCEPTING FINDINGS,
                                              )    CONCLUSIONS, AND
14                                            )    RECOMMENDATIONS OF
                                              )    UNITED STATES MAGISTRATE
15    DEBORAH K. JOHNSON,                      )    JUDGE
                                              )
16                                            )
                        Respondent.           )
17    _____)
18
19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

20    Habeas Corpus by a Person in State Custody ("Petition") and all of the records

21    herein, including the August 2, 2020 Report and Recommendation of United States

22    Magistrate Judge ("Original R&R") (Docket No. 26), petitioner's Objections to the

23    Original R&R ("Objections") (Docket No. 27), respondent's Response to the

24    Objections (Docket No. 33), and the January 11, 2021 Final Report and

25    Recommendation of United States Magistrate Judge ("Final R&R") (Docket No.

26    34), and has made a *de novo* determination. The Court approves and accepts the

27    Final R&R and overrules the Objections.

28    ///

1    IT IS HEREBY ORDERED that the Petition is denied, this action is

2  dismissed with prejudice and that Judgment be entered accordingly.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

4  the Judgment herein on petitioner and on respondent's counsel.

5    IT IS SO ORDERED.

6

7  DATED:  March 24, 2021

8

9  _____

10 HONORABLE STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2