UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BESENTY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　　Respondent. | Case No. 2:16-cv-02864-SVW-JC<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

　　IT IS SO ADJUDGED.

DATED: March 24, 2021

 /s/ Stephen V. Wilson
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE